# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELDRIDGE AND DEBBIE JOHNSON
& DONYELLE PRICE ON BEHALF
OF HER MINOR SON, DARRIUS
TURNER

VERSUS

BLUE BAYOU WATER PARK, LLC &
DIXIE LANDING, LLC

NO.  2026 CW 0548

**JULY 27, 2026**

---

In Re:   Arch Specialty Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 679650.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to include copies of all evidence filed or referenced in support of or in opposition to the motion for summary judgment, including plaintiffs' Exhibit F, the deposition excerpts of Sam Haynes, attached in opposition to summary judgment. Further, this court requires a signed copy of the order on Arch Specialty Insurance Company's Motion to Adopt Blue Bayou Water Park, L.L.C. and Dixie Landing L.L.C.'s Motion for Summary Judgment.

Supplementation of this writ application and/or application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing information referenced above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 17, 2026, and must contain a copy of this ruling.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT